IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHE PEAK, | ) | Case No. 8:18-cv-00342 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| FAMILY DOLLAR, INC., | ) | |
| Defendant. | ) | |

In accordance with the Stipulation for Binding Arbitration and Stay of Action ([Filing No. 12](#)),

**IT IS ORDERED:**

1. The parties' Stipulation ([Filing No. 12](#)) is granted. The parties shall arbitrate any and all controversies arising out of or in connection with Plaintiff's employment, including the claims set forth in this action, before JAMS pursuant to its Employment Arbitration Rules and Procedures.

2. This matter is hereby stayed pending arbitration.

3. Peak will pay $83.00 of the arbitration filing fee required by JAMS, and Family Dollar will make up the difference of the arbitration filing fees required by JAMS.

4. Within 30 days after a final award is granted or settlement is reached, any party shall advise this Court of the outcome of the arbitration proceedings, or any settlement.

5. The Motion to Compel Arbitration ([Filing No. 6](#)) is denied as moot.

Dated this 10th day of October, 2018.

BY THE COURT:

S/ Susan M. Bazis
United States Magistrate Judge